UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMC STEEL FABRICATORS, INC.,

  Plaintiff,

v.            Case No.:  2:19-cv-382-FtM-38MRM

THALLE CONSTRUCTION CO, INC.,

  Defendant.
_____/

### **ORDER**[1]

On August 2, 2019, Plaintiff CMC Steel Fabricators, Inc. and Defendant Thalle Construction Co., Inc. filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. 19).  The Court denied the Consent without prejudice because it was not signed by or on behalf of Third-Party Defendant Gerdau Ameristeel US, Inc., who had not yet appeared in this case.  (Doc. 21).  Gerdau has now appeared through the same attorneys representing CMC.  The parties are thus able to consent to trial by magistrate judge if they wish.  The decision to consent to a magistrate judge's authority belongs entirely to the parties, and any party may withhold such consent without any adverse consequences.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, the parties are **ORDERED** to notify the Court on or before **October 3, 2019**, whether they currently wish to consent to trial by magistrate judge. If the parties wish to consent, they may do so by filing a Notice, Consent, and Reference signed by or on behalf of all parties. If any party does not wish to consent now, the parties should jointly notify the Court in writing without identifying the party or parties withholding consent.

The purpose of this Order is to aid the Court's administration of this case. If the parties decide not to consent to trial by magistrate judge by October 3, 2019, this does not preclude them from doing so in the future.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record